IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.  03-cv-00168-LTB

ELIZABETH HACKETT,

               Plaintiff,

v.


JO ANNE B. BARNHART, Commissioner of Social Security,

               Defendant.
_____

ORDER
_____


Upon Plaintiff's Motion Under Fed.R.Civ.P. 59(e) to Alter the December 8, 2005 Order

Regarding Attorney Fees (Doc 34 - filed December 22, 2005), it is

ORDERED that the Motion is DENIED.

Dated: December   23rd   , 2005 in Denver, Colorado.

BY THE COURT:


     s/Lewis T. Babcock
LEWIS T. BABCOCK, CHIEF JUDGE