UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Action No. 03-cv-00168-LTB

ELIZABETH HACKETT,
              Plaintiff,

v.

LINDA S. McMAHON,
ACTING COMMISSIONER OF SOCIAL SECURITY,
              Defendant.

_____

**ORDER OF ATTORNEY'S FEES UNDER
THE EQUAL ACCESS TO JUSTICE ACT**
_____

This matter is before the Court on the parties' Stipulated Motion for Order of Attorney's Fees under the Equal Access to Justice Act ("EAJA"). Having reviewed the case file, the Motion, and the Tenth Circuit Court Order and Decision dated January 17, 2007, the Court hereby

ORDERS that the Stipulated Motion for Order of Attorney's Fees under the Equal Access to Justice Act is approved, and the Defendant is ordered to pay Ann J. Atkinson, Attorney for the Plaintiff, the amount of $14,658.78 as reasonable attorney's fees under EAJA. This Order shall not prejudice the Plaintiff's attorney's right to seek fees under 206(b) of the Social Security Act, 42 U.S.C. §406(b), subject to the offset provisions of the EAJA.

Dated:   February 7, 2007  .

                                              BY THE COURT:

                                               s/Lewis T. Babcock
                                             LEWIS T. BABCOCK, CHIEF JUDGE