IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No.   03-cv-00168-LTB-PAC

ELIZABETH HACKETT,

        Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner Social Security,

        Defendant.

_____

**ORDER**
_____

      This matter is before me on my Order to Show Cause **[# 47]** and Plaintiff's Response **[# 48]** in which she asserts that because she does not intend to request attorney fees pursuant to 42 U.S.C. § 406(b), she does not object to the entry of an order closing this case.  Additionally, Plaintiff further asserts that Defendant has no objection to the closing of this case.

      THEREFORE,  it is hereby ORDERED that this case is CLOSED.

Dated:  April   9  , 2007 in Denver, Colorado.

                                      BY THE COURT:

                                         s/Lewis T. Babcock
                                      LEWIS T. BABCOCK, CHIEF JUDGE